IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-01883-PAB-KLM

SEA-ALIS, LLC, and
SCOTT HAND,

      Plaintiffs,

v.

VOLVO OF THE AMERICAS, INC., a Delaware Corporation,

      Defendant.

_____

### ORDER SETTING CASE FOR TRIAL
_____

This matter has been scheduled for a five-day jury trial on the docket of Judge

Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th

Street, Denver, Colorado, to commence on **October 17, 2011 at 8:00 a.m.**

A Trial Preparation Conference is set for **September 30, 2011 at 1:30 p.m.**

Counsel who will try the case shall attend in person.

**Fourteen days** before the trial preparation conference, counsel and any pro se

party shall submit proposed jury instructions and verdict forms.  The jury instructions

shall identify the source of the instruction and supporting authority, e.g. § 103, Fed. Jury

Practice, O'Malley, Grenig, and Lee (5th ed.).  The parties shall submit their instructions

and verdict forms both via CM/ECF <u>and</u> by electronic mail to

**brimmer_chambers@cod.uscourts.gov** in Word Perfect format (Word Perfect 12 or a

later version) or Word format.  Verdict forms shall be submitted in a separate file from

jury instructions.  Within the jury instruction file, each jury instruction shall begin on a new page.

Each instruction should be numbered (e.g., "Plaintiff's Instruction No. 1") for purposes of making a record at the jury instruction conference.  The parties shall attempt to stipulate to the jury instructions, particularly "stock" instructions and verdict forms.

In diversity cases where Colorado law applies, please submit instructions and verdict forms that conform to CJI-Civ 4th.

**Seven days** before the trial preparation conference, the parties shall file via CM/ECF (1) their proposed *voir dire* questions; (2) their witness lists; and (3) their exhibit lists.  Forms of the witness and exhibit lists are found at http://www.cod.uscourts.gov/Judges/Judges.aspx.  Please add at least ten additional blank rows at the end of the exhibit list to accommodate any additional exhibits that may be introduced at trial.

To the extent the deadlines and other provisions of this order conflict with this Court's Practice Standards, this order shall control.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

1)      jury selection;

2)      sequestration of witnesses;

3)      timing of presentation of witnesses and evidence;

4)      anticipated evidentiary issues;

5)      any stipulations as to fact; and

6)      any other issue affecting the duration or course of the trial.


DATED May 20, 2011.

BY THE COURT:


s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge