IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-01883-PAB-KLM

SEA-ALIS, LLC and
SCOTT HAND,

    Plaintiffs,

v.

VOLVO OF THE AMERICAS, INC., a Delaware Corporation,

    Defendant.

_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

    This matter comes before the Court on the parties' Stipulated Motion to Dismiss With Prejudice [Docket No. 146]. The Court has reviewed the pleading and is fully advised in the premises. It is

    ORDERED that the Stipulated Motion to Dismiss With Prejudice [Docket No. 146] is GRANTED. It is further

    ORDERED that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    DATED February 17, 2012.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge